# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICOLE FRANCES McCAFFREY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-152-JJB-RLB** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

## NOTICE

Please take note that the attached Magistrate Judge's Report and Recommendation has been filed with the Clerk of the U.S. District Court for the Middle District of Louisiana.

Under 28 U.S.C. § 636(b)(1), you have **14 days** from receipt of this Notice to file written objections to the proposed findings of fact and conclusions of law in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on December 6, 2016.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICOLE FRANCES McCAFFREY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-152-JJB-RLB** |
| **CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY ADMINISTRATION** | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

After consideration of Defendant's Motion to Remand (R. Doc. 14), and Plaintiff's Consent to Remand filed on December 1, 2016 (R. Doc. 15), the Court **RECOMMENDS** that Defendant's Motion (R. Doc. 14) should be **GRANTED** and that the Commissioner's November 18, 2014 decision denying Plaintiff's application for benefits under the Social Security Act is **REVERSED** and **REMANDED** to the Commissioner, pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge shall conduct further administrative proceedings as follows:

  1) Further develop the record regarding Plaintiff's breast cancer consistent with the regulations;

  2) Consider the impact of Plaintiff's breast cancer treatment at Step 2 and whether Plaintiff's breast cancer was severe or presented "a slight abnormality [having] such a minimal effect on [Plaintiff] that it would not be expected to interfere with [Plaintiff's] ability to work" *Stone v. Heckler*, 752 F. 2d 1099, 1101 (5th Cir. 1985); SSR 85-28, 1985 WL 56856, at *2 (citing *Stone*, 752 F.2d at 1101);

3) Offer Plaintiff the opportunity for another hearing; and

4) Take any further action needed to complete the administrative record and issue a new decision.

The Court further **RECOMMENDS** that Plaintiff's action be **DISMISSED,** without prejudice to Plaintiff's subsequent timely filing of an application for attorney's fees under the Equal Access to Justice Act, 42 U.S.C. § 2412(d)(1)(B).

Signed in Baton Rouge, Louisiana, on December 6, 2016.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**