UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NICOLE FRANCES MCCAFFREY

VERSUS

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

CIVIL ACTION

NO. 16-152-JJB-RLB

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 6, 2016 (doc. no. 16) and the consent by plaintiff to remand.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Defendant's Motion (doc. no. 14) is GRANTED and the Commissioner's November 18, 2014 decision denying Plaintiff's application for benefits under the Social Security Act is REVERSED AND REMANDED.

Baton Rouge, Louisiana, this 11th day of January, 2017.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA